Certificate Number: 12433-PAM-DE-040197670

Bankruptcy Case Number: 22-01089



12433-PAM-DE-040197670

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 14, 2025</u>, at <u>3:29</u> o'clock <u>PM EDT</u>, <u>Mike Gardner</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 14, 2025</u>      By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>