**Fill in this information to identify the case:**

Debtor 1      MICHAEL STEVEN GARDNER

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     MIDDLE     District of    PA
                                                                    (State)

Case number     22-01089

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                          12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1:     Mortgage Information

**Name of claim holder:**     SELECT PORTFOLIO SERVICING, INC          **Court claim no.** (if known):
                                                                                          2

**Last 4 digits** of any number you use to identify the debtor's account:     6   6   6   0

**Property address:**          705 SOUTH MARKET STREET
                               Number       Street


                               MECHANICSBURG,     PA     17055
                               City                State     ZIP Code

## Part 2:     Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3:     Arrearages

|  | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 5,450.33 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 5,450.33 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 5,450.33 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager                     Date  3 / 24 / 2026
Signature

Trustee    Jack              N         Zaharopoulos
           First Name        Middle Name    Last Name

Address    8125 Adams Drive, Suite A
           Number          Street

           Hummelstown                PA        17036
           City                       State     ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email info@pamd13trustee.com

# Disbursements for Claim

**SELECT PORTFOLIO SERVICING**
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT   841

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 6660 - PRE-ARREARS - S Mark

ARREARS - 705 S MARKET STREET

| | | | Debt: | $5,450.33 | Interest Paid: | | $0.00 |
|---|---|---|---|---|---|---|---|
| Amt Sched: | | $86,103.18 | | | Accrued Int: | | $0.00 |
| Amt Due: | $0.00 | | Paid: | $5,450.33 | Balance Due: | | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/18/2026 | 2056549 | $154.35 | $0.00 | $154.35 | 02/26/2026 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/21/2026 | 2055606 | $401.12 | $0.00 | $401.12 | 01/29/2026 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/17/2025 | 2054671 | $200.56 | $0.00 | $200.56 | 12/30/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/19/2025 | 2053730 | $200.56 | $0.00 | $200.56 | 11/28/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/10/2025 | 2052706 | $210.15 | $0.00 | $210.15 | 10/28/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/16/2025 | 2051806 | $241.00 | $0.00 | $241.00 | 09/30/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/22/2025 | 2049886 | $451.15 | $0.00 | $451.15 | 07/31/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/14/2025 | 2047909 | $474.72 | $0.00 | $474.72 | 05/29/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 03/18/2025 | 2046077 | $396.52 | $0.00 | $396.52 | 03/25/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/19/2025 | 2045139 | $195.96 | $0.00 | $195.96 | 02/27/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/15/2025 | 2044184 | $195.96 | $0.00 | $195.96 | 01/24/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/17/2024 | 2043243 | $195.96 | $0.00 | $195.96 | 12/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/19/2024 | 2042301 | $195.96 | $0.00 | $195.96 | 11/29/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/23/2024 | 2041340 | $200.56 | $0.00 | $200.56 | 11/05/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/17/2024 | 2040346 | $200.56 | $0.00 | $200.56 | 09/26/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/07/2024 | 2039326 | $200.56 | $0.00 | $200.56 | 08/16/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/10/2024 | 2038430 | $200.56 | $0.00 | $200.56 | 07/18/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/18/2024 | 2037614 | $200.56 | $0.00 | $200.56 | 06/27/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/22/2024 | 2036721 | $200.56 | $0.00 | $200.56 | 05/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 04/17/2024 | 2035716 | $200.56 | $0.00 | $200.56 | 04/25/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 03/14/2024 | 2034752 | $200.56 | $0.00 | $200.56 | 03/26/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/14/2024 | 2033788 | $200.56 | $0.00 | $200.56 | 02/27/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/12/2024 | 2032849 | $131.32 | $0.00 | $131.32 | 04/11/2024 |
| | | | | **Sub-totals:** | **$5,450.33** | **$0.00** | **$5,450.33** | |
| | | | | **Grand Total:** | **$5,450.33** | **$0.00** | | |