United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 22-01089-HWV

Michael Steven Gardner                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2

Date Rcvd: May 27, 2026                       Form ID: fnldec                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Michael Steven Gardner, 705 South Market Street, Mechanicsburg, PA 17055-6413

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
on behalf of Creditor LOANCARE  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

Jordan Matthew Katz
on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A jkatz@raslg.com

Matthew K. Fissel
on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Michelle McGowan
on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A mimcgowan@raslg.com

Paul Donald Murphy-Ahles
on behalf of Debtor 1 Michael Steven Gardner pmurphy@dplglaw.com  jsmalls@dplglaw.com;rreynolds@dplglaw.com

Robert Shearer

on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A rshearer@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Steven Gardner,                                  Chapter        13

**Debtor 1**

Case No.        1:22−bk−01089−HWV

Social Security No.:

xxx−xx−9350

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  May 27, 2026

**fnldec** (01/22)